1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| JEAN RICHARD PIERRE, Individually and for Others Similarly Situated, | Case No. 1:25-cv-00322-KES-SKO |

12

**ORDER THAT PLAINTIFF FILE A NOTICE OF RELATED CASES OR SHOW CAUSE WHY THE CASES SHOULD NOT BE RELATED**

Plaintiff,

13

v.

14

**5 DAY DEADLINE**

COMMUNITY REGIONAL MEDICAL

15

CENTER f/k/a FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER

16

Defendant.

17

_____/

18

19         Examination of the above-titled action indicates that it may be related under this Court's

20   Local Rule 123(a) to the following action pending before District Judge Jennifer L. Thurston and

21   Magistrate Judge Helena M. Barch-Kuchta: *Lea Deneus-Coley v. Fresno Community Hospital and*

22   *Medical Center*, Case No. 1:25-cv-00306-JLT-HBK.  The actions have the same defendant (Fresno

23   Community Hospital and Medical Center, erroneously named as "Community Regional Medical

24   Center f/k/a Fresno Community Hospital and Medical Center"), and are based on the same or similar

25   claims, the same transactions or events, similar questions of fact, and the same question of law.  *See*

26   E.D. Cal. L.R. 123(a).  Indeed, both parties in this case have characterized the *Deneus-Coley* action

27   in a manner conforming with Local Rule 123.  (*See* Doc. 14 at 6 (*Deneus-Coley* is a "related case

28   with overlapping allegations."); Doc. 18 at 13 (*Deneus-Coley* has the "same entity as the defendant,"

{...}

1    "substantially similar claims … and likewise involves the same third-party entity, CareRev, at

2    issue.").)   Accordingly, the assignment of the matters to the same judge is likely to effect a

3    substantial savings of judicial effort and is also likely to be convenient for the parties.[1]

4         Subsection (b) of Local Rule 123, titled "Duties of Counsel," provides that "[c]ounsel who

5    has reason to believe that an action on file or about to be filed may be related to another action on

6    file (whether or not dismissed or otherwise terminated) ***shall promptly file*** in each action and serve

7    on all parties in each action a Notice of Related Cases." E.D. Cal. L.R. 123(b) (emphasis added).

8    Plaintiff did not file a "Notice of Related Cases" in either action, despite being represented by the

9    same counsel in both cases.[2]

10        Plaintiff is ORDERED TO SHOW CAUSE, if any, why this action should not be related

11   to *Lea Deneus-Coley v. Fresno Community Hospital and Medical Center*, Case No. 1:25-cv-00306-

12   JLT-HBK.  Alternatively, Plaintiff shall file a "Notice of Related Cases" as required by Local Rule

13   123(b).

14        Accordingly, it is HEREBY ORDERED that:

15        1.    By no later than **5 days of service of this Order,** Plaintiff shall **either**:

16              a.    file a written response to this Order showing cause why this action should not

17                    be related to *Lea Deneus-Coley v. Fresno Community Hospital and Medical*

18                    *Center*, Case No. 1:25-cv-00306-JLT-HBK; or

19              b.    file a "Notice of Related Cases" in both actions.

20   Failure to comply with this order may be grounds for the imposition of sanctions on any and all

21   counsel as well as any party or parties who cause non-compliance with this Order.

22

23   IT IS SO ORDERED.

24   Dated:    **July 10, 2025**                    /s/ *Sheila K. Oberto*

25                                        UNITED STATES MAGISTRATE JUDGE

26

27

---

[1] Relation of actions under Local Rule 123 merely assigns them to the same district judge and magistrate judge—it
28   does not consolidate the cases.
[2] Nor did Defendant, who also is represented by the same counsel in both actions.