**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEAN RICHARD PIERRE, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY REGIONAL MEDICAL CENTER f/k/a FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br><br>Defendant. | Old Case No. 1:25-cv-00322 KES SKO<br>New Case No. 1:25-cv-00322 JLT HBK<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES |

Pursuant to Local Rule 123, the court finds that the above-captioned action is related under this court's Local Rule 123 to the following matter: *Lea Deneus-Coley v. Fresno Community Hospital and Medical Center*, Case No. 1:25-cv-00306-JLT-HBK. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

1

Based on good cause, this court **ORDERS** that the above-captioned action be reassigned to U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Helena M. Barch-Kuchta. Going forward, all documents shall bear the new case number:

**1:25-cv-00322 JLT HBK**

IT IS SO ORDERED.

Dated:   **July 15, 2025**

_____
UNITED STATES DISTRICT JUDGE

2